IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Everlake Life Insurance Company f/k/a Allstate Life Insurance Company, <br><br> Plaintiff <br><br> v. <br><br> Mark Allen Miller, William Samuel Margison, Sherry Camacho, Victoria Olivas, Kyle Anthony Reynolds, Wendy Reynolds, Evangelista Baez, Jr., Celedonio Hernandez, Jr., N. C. R., a minor, by his parent, Courtney Reynolds, and Kicking It Back Inc., a nonprofit <br><br> Defendants. | Case No. 1:23-cv-3056 <br><br> Hon. Elaine E. Bucklo |

**PLAINTIFF EVERLAKE LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT REGISTRY AND FOR ENTRY OF AN ORDER OF INTERPLEADER AND DISCHARGE AND DISMISSAL FROM THIS ACTION WITH PREJUDICE**

Plaintiff, Everlake Life Insurance Company f/k/a Allstate Life Insurance Company ("Everlake Life"), by and through its undersigned counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 67 for entry of an order permitting Everlake Life to deposit the interplead proceeds into the Registry of this Court and for an order of interpleader relief and discharge as to its Complaint for Interpleader. In support thereof, Everlake Life submits and incorporates herein by reference the Brief in Support of Everlake Life Insurance Company's Motion for Interpleader Relief and Discharge as to Its Complaint for Interpleader.

Everlake Life met and conferred with Defendants Mark Allen Miller ("Mr. Miller") and Celedonio Hernandez, Jr. ("Mr. Hernandez"), on behalf of William Samuel Margison ("Mr. Margison"), Sherry Camacho ("Ms. Camacho"), Victoria Olivas ("Ms. Olivas"), Kyle Anthony Reynolds ("Mr. Reynolds"), Wendy Reynolds ("Ms. Reynolds"), Evangelista Baez, Jr. ("Mr.

Baez"), as well as counsel for N. C. R. ("N. C. R."), a minor, by his parent, Courtney Reynolds, and Kicking It Back Inc. ("Kicking It Back"), (collectively, "Defendants"), regarding the nature of the motion and its legal basis. Defendants oppose Everlake Life's request for fees and costs.

**WHEREFORE**, Everlake Life respectfully requests the Court enter an order:

(1) Directing Everlake Life to interplead the proceeds in the amount of $100,000.00, plus any applicable interest (the "Interplead Funds"), due under the Flexible Premium Adjustable Life Insurance policy, contract no. 792744029 (the "Policy") issued on the life of decedent Sandra Miller a/k/a Sandra J. M. Miller, and deposit the Interplead Funds into the Registry of the Court;

(2) Ordering Defendants to assert herein their respective claims to the Interplead Funds without further involvement of Everlake Life;

(3) Directing and declaring the respective rights of Defendants to the Interplead Funds;

(4) Discharging Everlake Life from this litigation and any and all liability in connection with, relating to, or arising out of, the Policy, the beneficiary designation(s), the Interplead Funds, and/or any claims that were or could have been asserted in this action, subject only to Everlake Life's obligation to comply with any final order or judgment entered in this action designating the proper beneficiary of the Interplead Funds;

(5) Enjoining and restraining Defendants from commencing or further prosecuting any other proceeding in any state or federal court against Everlake Life on account of the Policy, the beneficiary designation(s) and/or the Interplead Funds;

(6) Awarding Everlake Life its reasonable attorney's fees and costs, to be deducted from the Policy proceeds prior to deposit into the Court's Registry; and

      (7)    Granting Everlake Life any such other and further relief as it deems just and appropriate.

Dated: December 13, 2023　　　　　　　　　　Respectfully submitted,

                                                    */s/ Amy Doig*
                                                    ATTORNEYS FOR PLAINTIFF EVERLAKE LIFE INSURANCE COMPANY F/K/A ALLSTATE LIFE INSURANCE COMPANY

Amy Doig
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
312-382-3100
adoig@cozen.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of December, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system. A copy of the foregoing was served upon the defendants by first-class mail:

| | |
|---|---|
| Mark Allen Miller<br>7243 SW State Rd. 47<br>Lake City, FL 32024 | Celedonio Hernandez Jr.<br>746 Penfield St.<br>Beecher, IL 60401<br>&<br>P.O. Box 764<br>Beecher, IL 60401 |
| William Samuel Margison<br>7211 Edinburgh Road<br>Edinburgh, IN 46124 | Sherry Camacho<br>434 N. Sandusky Ave.<br>Upper Sandusky, OH 43351 |
| Victoria Olivas<br>434 N. Sandusky Ave.<br>Upper Sandusky, OH 43351 | Kyle Anthony Reynolds<br>9620 Buchanan St.<br>Crown Point, IN 46307 |
| Wendy Reynolds<br>8224 Taft Street<br>Merrillville, IN 46410 | Evangelista Baez Jr<br>9473 Roosevelt Street<br>Crown Point, IN 46307 |

/s/*Amy Doig*
*Attorneys for Plaintiff, Everlake Life Insurance Company f/k/a Allstate Life Insurance Company*

LEGAL\65826501\2