## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Everlake Life Insurance Company
                                                  Plaintiff,

v.                                                                     Case No.: 1:23−cv−03056
                                                                     Honorable Elaine E. Bucklo

Mark Allen Miller, et al.
                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion is granted in part. Plaintiff is directed to pay the disputed proceeds in the amount of $100,000.00, plus any applicable interest due under the policy at issue into the court's registry, after which plaintiff will be discharged from liability and dismissed. Defendants are directed to pursue their claims to the disputed funds, if any, in this action, and are enjoined from pursuing any claims arising under the policy in any other venue. Each party to bear its own costs. This case is referred to Magistrate Judge Harjani for Discovery Supervision and Settlement Conference. Status hearing is set for 4/23/2024 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 4/16/2024. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.